# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICHARD LAWRENCE STROHMETZ,

    *Petitioner*,

vs.

CHARLOTTE COLLINS, *et al.,*

    *Respondents*.

2:13-cv-01614-JCM-NJK

ORDER

    On September 4, 2013, petitioner, who is a federal detainee being held at the Nevada Southern Detention Center, submitted a habeas petition pursuant to 28 U.S.C. § 2241. His allegations involved denied medical care.

    Petitioner did not pay the filing fee or submit an application to proceed in *forma pauperis*. He did, however, write to the clerk of court acknowledging this deficiency and asking if the matter could be "held until this informa pauperis [sic] catches up to it?" ECF No. 2. More than thirty days have since elapsed and no filing fee or pauper application has been submitted. Because the matter has not been properly commenced and because there does not appear to be any statute of limitations issues which would jeopardize petitioner's ability to bring his claims in a new action which would include the necessary fee or form, the action shall be dismissed without prejudice.

    The court notes that the form of petitioner's claims implicate a proceeding under *Bivens v. Six Unknown Fed. Narcotics Agents,* 403 U.S. 388, 91 S.Ct. 1999 (1971), concerning the conditions of his confinement rather than a habeas action designed to attack the fact or length of his confinement. Under *Bivens,* victims of a constitutional violation by a federal agent have a right to recover damages against

the official in federal court despite the absence of any statute conferring such a right. *See Carlson v. Green,* 446 U.S. 14, 18, 100 S.Ct. 1468, 1471 (1980). As an aid to this pro se petitioner, the clerk will be directed to send a copy of a civil rights complaint form that petitioner may use as a template for any *Bivens* complaint he may wish to pursue.

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice to the filing of a new petition in a new action with a properly completed pauper application.

IT FURTHER IS ORDERED that a certificate of appealability is DENIED, as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

IT FURTHER IS ORDERED that the clerk shall send petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section 2241 habeas petition form, one copy of a § 1983 civil rights complaint form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

The clerk shall enter final judgment accordingly in favor of respondents and against petitioner, dismissing this action without prejudice.

DATED: October 9, 2013.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE